IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Azael Dythian Perales, | ) | C/A No. 3:12-957-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Microsoft Corporation, et al; Vulcan Inc, et al; William Henry Gates, III, aka Bill; Melinda French Gates; Paul Gardner Allen; Steve Ballmer; Dina Dublon; Raymond V Gilmartin; Reed Hastings; Maria M Klawe; David F Marquardt; Charles H Noski; Dr Helmut Panke; John W Thompson; Yahoo Inc, et al; Roy Bostock, Chairman; Scott Thompson, CEO; Jerry Yang; Alfred Amoroso; Patti Hart; Sue James; Vyomesh Joshi; David Kenny; Arthur Kern; Brad Smith; Maynard Webb; Gary Wilson; Warren Buffett; Michael Larson; Charlie Munger; Cascade Investment LLC, et al; Berkshire Hathaway Inc, et al; United States of America, et al; US Internal Revenue Service, et al; US Department of Labor, et al; Hilda L Solis; Barack H Obama; Hillary R Clinton; John Boehner; James E Clyburn; David R Obey; John M Spratt, Jr.; John Conyers, Jr.; Edolphus Towns; Bob Sasser; Roy Blunt; Elaine L Chao; Janet Napolitano; Robert Gates; Douglas Shulman; John E Potter, aka Jack; Robert S Mueller; Eric H Holder; Mark Sullivan; Leon Edward Panetta; Charles B Rangel; George Miller; Robert Brady, AGR; Vernon Ehlers; Duncan Hunter; Jerry Lewis; Christopher Cox; Nancy Pelosi; Maxine Waters; Samuel A Alito, Jr.; Henry Waxman; Lynn C Woosley; Henry A Waxman; Arlen Specter; Jane Harman; Peter Hoekstra; Gene Green; Doc Hastings; Louise M Slaughter; Thad Cochran, US Senator; Chuck Grassley; Charles E Schumer; Timothy Geithner; Joseph R Biden; Christopher J Dodd; Daniel Inouye; Robert C Byrd, Late; Edward M Kennedy; Micheal DeWine; George V Voinovich; Lamar Byron L Dorgan; Jefferson B Sessions; Joseph I Lieberman; Olympia J Snowe; Appeals Patty Murray; John D Rockefeller, IV; Alexander; Pete V Domenici; Elizabeth Dole; John Edwards; John Warner; John G Roberts; Anthony M Kennedy; Ruth Bader Ginsburg; Clarence Thomas; Barbara Boxer; Dianne Feinstein; Patrick Leahy; Ben S Bernanke; Don Bankhead; Michael Sellers; Arnold Schwarzenegger; John A Perez; Shawn Nelson; Chris Norby; Mimi Walters; Art Brown; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |

Tom Monson; John O'Colvin; Matthew S Petersen; Edmund G Brown; Norman Y Mineta; J Dennis Hastert; Deborah Bowen; Michael Steele; Tim Kaine; Loretta Sanchez; Ed Royce; Hazel Cash; Alice M Batchelder; Leonard Green; Cathryn Lovely; Clarence Maddox; John P Murtha; David Drier; Peter Stark; Jan Horbaly; Emily C Hewitt; Randall Radar; Sonia M Sotomayer; Antonin Gregory Scalia, aka Nino; Elvi de Quiroz; Linn Dyk; Marshal David M Singer; Audrey B Collins; James V Selna; George W Bush; Alberto R Gonzalez; Condoleezza Rice; Karl Rove; Richard B Cheney; Mitch McConnell, US Senator; Steny Hoyner; Harry Reid, US Senator; Dick Durban; Rahm Emanuel; R N Armen, Jr; Ralph C Conte; Bradley DeBerg; Susan Stoker; Christina Reiss; Tony Rackauckas; Elena Kagan; Andre Birotte, Jr.; Alex Kozinski; Gerald E Lynch; Russell G Weiner; Marian B Horn; Barney Frank; Orrin Hatch; Dale E Kildee; Thomas Davis; Spencer Bachus; John Spratt; Paul Ryan; Michael B Enzi; John Ashcroft; Curt Pringle; Tom Tait; Trent Lott; Tom Daschle; Susan K Lee; Curtis L Collier; Dale M Cundiff; Kenneth Feinberg; Steve Scalise; Nancy Mayer Whittington; Tom Daly; Lyle W Cayce; Shelly E Saltzman; Rose E Chavez; Greg M Conger; Yvonne T Dixon; Ronald Meisburg; A Gragera, CA EDD; Brian Cornell; Ralph C Dawson; Don Chang, CEO of Forever 21 Retail Inc et al; Andrew A Connell; Ruth Jones; Annie Wing; Russ Hayden; Daniel J Lynch; Steven J McAuliffee; Mike Duke, CEO of Walmart Inc et al; Barbara Pisaro; Kizito Namulandan; James F Bellot; Micheal Seto; Stephen Bryer; Bill Canepa; John Chiang; Ralph C Conte; Marilyn R Abbott; Steve Cooley; Michael Courlander; G De La Torre; Robert R Di Trolio; Paul H Dobson; Dr William Frisk; Alissandra Geliga; Sandra Lynch; Paul Micheal; Fernando M Olguin; Greg L Prickett; J Douglas Steere; Daniel VanHorn; Scott Burns, Executive Director of the National District Attorneys Association; David Carey, President Hearst Magazines; Tom Cochran, CEO & Exec Dir of US Conference of Mayors; James C Duff; Stephen Eastman, President of Target.com; 2005-2006 Hon Randall Edwards, Oregon; William H Gates, III; Benjamin Todd Jealous; 2007-2008 Hon Lynn Jenkins, Kansas; Steve Paul Jobs; Lawrence R Johnston, CEO of Albertson's 2011-2006; Elizabeth B Kautz; Gayle King; 2010 Hon James B Lewis, New Mexico; Jack Markell; Kwesi Mfume; Cameron Moody, Director of the Office of Adminstration; Robert Louis Nardelli; National Association of State Treasures Presidents; Michael A Nutter; 2004-2005 Hon John D Perdue, West Virginia; 2006-2007 Hon Tate Reeves,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2

|  |  |
|---|---|
| Mississippi; David B Sentelle; 2008-2009 Hon Jeb Spaulding, Vermont; Gregg W Steinhafel, President & CEO of Target Corporation; 2005-2006 Hon. Jody M Wagner, Virginia; Oprah Winfrey; Brian Beckwith, Deputy Director of the US Marshals Service; John F Clark, Director of the US Marshals Service; William J Clinton; Gene L Dodaro; Ronald C. Machen, Jr., US Attorney DC; Phillip D Morse, Chief of Capitol Police Dept; Rand Paul, US Senator; US House of Representatives, et al & All Related Defendants; United States Senate, et al; David M Walker, Former US Comptroller General, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

**PAYMENT OF THE FILING FEE:**

Plaintiff has submitted an Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240), which is construed as a Motion for Leave to Proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. [Entry #2]. In the report and recommendation issued contemporaneously with this order, it is recommended that the district judge deny the Motion because Plaintiff's complaint is frivolous and filed maliciously.

**TO THE CLERK OF COURT**:

The Clerk of Court is directed *not* to issue any summonses and to not forward this matter to the United States Marshal for service of process at this time.

**TO PLAINTIFF:**

Plaintiff must place the civil action number listed above on any document provided to the court pursuant to this order. **Any future filings in this case must be sent to the address below.** All documents requiring Plaintiff's signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting. *Pro se* litigants shall *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, Plaintiff is directed to use letter-sized (8½ inches by 11 inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet

3

of paper. Plaintiff is further instructed not to write to the edge of the paper, but to maintain one inch margins on the top, bottom, and sides of each paper submitted.

Plaintiff is a *pro se* litigant. Plaintiff's attention is directed to the following important notice:

> You are ordered to always keep the Clerk of Court advised **in writing** (**901 Richland Street, Columbia, South Carolina 29201**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, **your case may be dismissed for violating this order.** Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

*Shiva V. Hodges*

April 30, 2012                                              Shiva V. Hodges
Columbia, South Carolina                        United States Magistrate Judge

4

# IMPORTANT INFORMATION ....PLEASE READ CAREFULLY

# WARNING TO PRO SE PARTY OR NONPARTY FILERS

All Documents That You File with the Court Will Be Available to the Public on the Internet Through Pacer (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

**(a) Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
**(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
**(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(Filings Made Under Seal) and (e) (Protective Orders).